**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                                          FAX (212) 964-2926

September 9, 2020

Hon. Edgaro Ramos
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

Re: **United States v. Donald McIntosh**
12 Cr. 72 (ER)

Your Honor:

     I write to request that the Court re-appoint me to represent Donald McIntosh, pursuant to the Criminal Justice Act, to file a compassionate release motion on his behalf. I was assigned to represent Mr. McIntosh on February 2, 2012 pursuant to the CJA and completed that representation at his sentencing in 2014. Mr. McIntosh has been incarcerated since 2012 and is incapable of retaining counsel to represent him. If the Court grants this application, I request that the Court indicate that the assignment be effective *nunc pro tunc* to July 29, 2020 when I began communicating with his family about this issue.

Respectfully,

*Lisa Scolari*
Lisa Scolari

So Ordered:

_____
Hon. Edgardo Ramos

Date:   September 9, 2020